IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DONNIE WEST ALLEN and DWA SPECIALTY SUPPLY BUILDING PRODUCTS, LP, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:20-CV-244-Z-BR |
| OASIS MEDIA, LLC et al., | § § § | |
| Defendants. | § | |

## ORDER

On June 4, 2021, the United States Magistrate Judge entered a Findings, Conclusions, and Recommendation to Order Plaintiffs to Seek Entry of Default and Move for Default Judgment. (ECF 12). The Magistrate Judge recommends that the undersigned United States District Judge order Plaintiffs to (1) seek entry of default by the United States District Clerk and (2) move for default judgment against Defendants within fifteen days of the Court entering an order accepting the Findings, Conclusions, and Recommendation. (*Id.* at 2); *see* Fed. R. Civ. P. 55(a)–(b); N.D. Tex. Civ. R. 55.1, 55.3. No objections to the findings, conclusions, and recommendation have been filed.

After making an independent review of the pleadings, files, and records in this case and the findings, conclusion, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**.

The Court hereby **ORDERS** Plaintiffs to (1) seek entry of default by the United States District Clerk and (2) move for default judgment against Defendants Oasis Media, LLC, Search Assistance, LLC, and Iconomy Group, LLC within **fifteen days** of the entry of this Order.

**SO ORDERED.**

June 22, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE