UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **DONNIE WEST ALLEN** | ) Case No.: |
| Plaintiff. | ) 2:20-cv-00244-Z |
| v. | ) |
| **OASIS MEDIA LLC ET AL** | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: June 13, 2022

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: jginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Arron J. Pak
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310-788-4496
Email: arron.pak@kattemn.com


Xitlaly Estrada
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310-788-4407
Email: xitlaly.estrada@katten.com


Attorneys for Defendant

Dated: June 13, 2022                By: */s/ Jacob U. Ginsburg*
                                        Jacob U. Ginsburg, Esquire
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Avenue
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: (877) 788-2864
                                        Email: jginsburg@creditlaw.com