UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **DONNIE WEST ALLEN AND DWA SPECIALTY SUPPLY BUILDING PRODUCTS**<br><br>Plaintiffs<br><br>v.<br><br>**OASIS MEDIA LLC, SEARCH ASSISTANCE, LLC and ICONOMY GROUP, LLC**<br><br>Defendants | Case No.: 2:20-cv-00244-Z |

Plaintiff, Donnie West Allen, and defendant Oasis Media LLC, Search Assistance LLC & Iconomy Group LLC by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to the claims of Plaintiff Donnie West Allen, against Defendant Oasis Media LLC, Search Assistance LLC & Iconomy Group LLC

**IT IS SO STIPULATED.**

Dated: August 12, 2022

| | |
|---|---|
| */s/ Arron J. Pak*<br>Arron J. Pak, Esq.<br>**KATTEN, MUCHIN, ROSEMAN LLP**<br>2029 Century Park East Suite 2600<br>Los Angeles CA 90067<br>arron.pak@katten.com<br><br>*Attorney for Defendant* | */s/ Jacob U. Ginsburg*<br>Jacob U. Ginsburg, Esq.<br>**KIMMEL & SILVERMAN, P.C**<br>30 E Butler Ave, Ambler PA 19002<br>215-540-8888 ext. 132<br>jginsburg@creditlaw.com<br>teamkimmel@creditlaw.com<br>*Attorney for Plaintiffs* |

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, hereby certify that I served a true and correct copy of the following Stipulation of Dismissal on all parties of record via ECF.

        Respectfully submitted,
        <u>By: *s/ Jacob U Ginsburg*</u>
        Jacob U. Ginsburg, Esq.
        Kimmel & Silverman, P.C.
        30 East Butler Ave.
        Ambler, PA 19002
        Phone: 215-540-8888
        Facsimile: 877-788-2864
        Email: jginsburg@creditlaw.com
        teamkimmel@creditlaw.com