IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DONNIE WEST ALLEN, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:20-cv-244-Z |
| OASIS MEDIA LLC, *et al.*, | § § | |
| Defendants. | § § | |

## NOTICE

Before the Court is parties' Stipulation of Dismissal ("Stipulation") (ECF No. 44) as to the claims of Plaintiff Donnie West Allen against Defendants Oasis Media LLC, Search Assistance LLC & Iconomy Group LLC, filed on August 12, 2022. The document is a "stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). "Except in special circumstances . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004). Unless the notice or stipulation states otherwise, the dismissal is without prejudice. FED. R. CIV. P. 41(a)(1)(B). The Stipulation states that the claims of Plaintiff Donnie West Allen may be dismissed with prejudice. Therefore, the Court **DIRECTS** the United States District Clerk to terminate Plaintiff Donnie West Allen with prejudice.

The Court issues notice accordingly.

August 16, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE