UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **DONNIE WEST ALLEN AND DWA SPECIALTY SUPPLY BUILDING PRODUCTS** | ) ) ) ) |
| Plaintiffs | ) **Case No.: 2:20-cv-00244-Z** ) ) |
| v. | ) ) |
| **OASIS MEDIA LLC, SEARCH ASSISTANCE, LLC and ICONOMY GROUP, LLC** | ) ) ) ) |
| Defendants | ) |

## AMENDED STIPULATION OF DISMISSAL

Plaintiffs, Donnie West-Allen and DWA Specialty Supply Building Products, and defendant Oasis Media LLC, Search Assistance LLC & Iconomy Group LLC, by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

Dated: September 16, 2022

| | |
|---|---|
| */s/ Arron J. Pak* | */s/ Jacob U. Ginsburg* |
| Arron J. Pak, Esq. | Jacob U. Ginsburg, Esq. |
| **KATTEN, MUCHIN, ROSEMAN LLP** | **KIMMEL & SILVERMAN, P.C** |
| 2029 Century Park East Suite 2600 | 30 E Butler Ave, Ambler PA 19002 |
| Los Angeles CA 90067 | 215-540-8888 ext. 132 |
| arron.pak@katten.com | jginsburg@creditlaw.com |
| | teamkimmel@creditlaw.com |
| *Attorney for Defendant* | *Attorney for Plaintiffs* |